UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
Plaintiff,

v.

CRIMINAL NO:. 99-295 (DRD)
DEFENDANT NO. 002

VICTOR MANUEL VILLEGA-ANGULO,
Defendant.

ORDER

Upon consideration of Defendant's Motion for Appointment of Counsel and the entire record, it is hereby

**ORDERED** that the defendant's motion is granted and Elaine Mittleman shall be appointed pursuant to the Criminal Justice Act to represent Mr. Villega-Angulo.

_____
HONORABLE DANIEL R. DOMINGUEZ
UNITED STATES DISTRICT JUDGE

Dated: _____

Copies to:

AUSA German A. Rieckehoff
Torre Chardon
350 Carlos Chardon Street
Suite 1201
San Juan, PR 00918

Elaine Mittleman, Esq.
2040 Arch Drive
Falls Church, VA 22043

4