UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

VICTOR M. VILLEGA-ANGULO,
      PETITIONER,

V.                    CASE NO. 3:99-cr-295

UNITED STATES OF AMERICA,
      RESPONDENTS,

PETITIONER'S REQUEST FOR PRODUCTION OF DOCUMENTS
AS AN INDIGENT DEFENDANT

    Now comes the petitioner, Victor M. Villega-Angulo, pro-se, in the above styled cause, and request this honorable court to grant him the production of documents in reference to the present case, as he is an indigent defendant, and needs the documents to further litigate his case. The petitioner states the following to wit in support:

    The petitioner, having filed his motion pursuant to Title 28 U.S.C. § 2255, without having his case file and needed and necessary documents, request this honorable court to provide him with the needed and necessary documents to further litigate his case, or order the clerk and/or previous trial counsel to provide him with the documents pursuant to Title 28 U.S.C. § 2250, as he is an indigent defendant. The petitioner is in need of the following documents.

    1. Trial Transcripts.

    2. Opening and Closing arguments.

    3. Jury Instructions.

    4. Presentence Report.

1

5. Sentencing transcripts.

6. Judgment and Commitment order.

7. Indictment.

The petitioner brings to the court's attention that he cannot complete his § 2255 motion and claims that have been filed with the court without the documents, and in order for him to further litigate his case, the interest of justice requires the court to grant him the request pursuant to Title 28 U.S.C. § 2250. See, Title 28 U.S.C. § 2250.

Given the facts as stated above, the petitioner contends that he is entitled to the documents requested to further litigate his case. The petitioner also contends that he should be provided the documents requested free of cost or fee, as he is indigent.

Wherefore, the petitioner request this honorable court to provide him the requested documents free of cost or fee, as he is indigent. The petitioner request any other relief that the court deems just and proper.

Respectfully Submitted,

Sept 4-06
Date

Victor M Villegas
Victor M. Villega-Angulo, Pro-se
#19157-069
FCC Coleman-USP
P.O. Box 1033
Coleman, Florida 33521-1033