```
                    IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF PUERTO RICO


VICTOR M. VILLEGA-ANGULO,        *
      Petitioner,                *    Civil No. 06-1914 (DRD)
                                 *    Related to Cr. No. 99-295 (DRD)
                                 *
                                 *
           v.                    *
                                 *
                                 *
                                 *
UNITED STATES OF AMERICA,        *
      Respondent.                *
_____
```

### **JUDGMENT**

For the reasons set forth in our Opinion and Order of even date, it is hereby **ORDERED AND ADJUDGED** that **VICTOR M. VILLEGA-ANGULO**'s request for habeas relief under 28 U.S.C. §2255 **(Docket No. 1)** is **DENIED** and his Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. §2255 is **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 9th of July, 2008.


                                   s/ Daniel R. Domínguez
                                   **DANIEL R. DOMÍNGUEZ**
                                   **U.S. DISTRICT JUDGE**